UNITED STATES OF AMERICA

IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

WILLIAM H. FRANCIS, and individual and
SUSAN M. FRANCIS, an individual,

    Plaintiffs,

    v.                                                            Case No.

UNITED STATES OF AMERICA,

    Defendant.
_____/

COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COME the above-named Plaintiffs, by and through their attorney, Joseph Falcone, and for their Complaint against the United States, state as follows:

1. Plaintiffs are individuals having their residence in Grosse Pointe Park, Michigan, in the Eastern District of Michigan.

2. Defendant is the United States of America having as its agency the Internal Revenue Service.

3. Jurisdiction is founded on 28 USC 1346.

4. Plaintiffs filed a timely claim to the Internal Revenue Service requesting a refund of $36,155 in income taxes, plus interest, for the tax year ending December 31,

2011, resulting from a casualty loss occurring to their boat when it struck an uncharted rock because of no negligence of Plaintiffs, which event caused the fair market value of the boat to be decreased by at least $140,777. A copy of the claim is in the possession of the Internal Revenue Service.

5. Plaintiffs are entitled to a refund of $36,155, plus interest from their tax paid for the year ending December 31, 2011, as a result of the casualty loss.

6. The Internal Revenue Service denied Plaintiffs' claim on August 21, 2015. A copy of the denial is in the possession of the Internal Revenue Service.

7. Plaintiffs have been damaged in an amount in excess of $36,155.

WHEREFORE, Plaintiff prays that this Honorable Court award Plaintiffs damages in an amount in excess of $36,155, plus costs and attorneys fees so wrongfully incurred and grant Plaintiffs such other relief as Plaintiffs are entitled to.

*/s/ Joseph Falcone*            August 14, 2017
Joseph Falcone (P25727)
Attorney for Plaintiffs
3000 Town Center, Suite 2370
Southfield, MI 48075
248-.57-6610
jf@lawyer.com

DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury for all issues so triable.

*/s/ Joseph Falcone*   August 14, 2017
Joseph Falcone (P25727)
Attorney for Plaintiffs
3000 Town Center, Suite 2370
Southfield, MI 48075
248-.57-6610
jf@lawyer.com